Addie Higgs, Plaintiff-Appellant, v. Leslie Higgs, Defendant-Appellee.

Gen. No. 10,675. ■

Dixon, Devine & Ray, for appellant; no brief filed for appellee. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed August 1, 1953; released for publication August 17, 1953.